

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2014

No. 04-13-00836-CR

Luis **GUDINO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR8499
Honorable Ron Rangel, Judge Presiding

## O R D E R

On March 7, 2014, court reporter Amy Hinds Alvarado filed a notification of late reporter's record. The reporter's record was originally due on January 7, 2014. On, we granted the reporter an extension of 60 days in which to file the reporter's record. The reporter has requested an additional 30 days to file the record, stating that her laptop and thumb drive were stolen. The request is GRANTED. The court reporter is ORDERED to file the reporter's record with this court not later than April 7, 2014.

If the reporter's record is not filed with this court by April 7, 2014, any requests for additional time to file the record must be accompanied by a signed, written status report. The report must comply with the following requirements:

- describe the transcript by day with the date, description, page counts, and remarks for each day;
- list the page counts for the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks); and
- describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.

The report may describe any unusual aspects of the record. A preferred form for the status report, with an accompanying example, is attached to this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court